Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−26798
Chapter: 13
Judge: Timothy A. Barnes

In Re:
  Russell Conley Brown
  1612 E 156 St
  Dolton, IL 60419

Social Security No.:
  xxx−xx−6042

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 744, Chicago, IL 60604

on January 10, 2019 at 10:00 AM

TO CONSIDER AND ACT UPON the following: Courts Motion to dismiss case due to failure to pay filing fee. The amount owed at this time is $230.00. Submit payment in the form of cash or money order payable to U.S.B.C.

For the Court,

Dated: November 28, 2018                Jeffrey P. Allsteadt , Clerk
                                                      United States Bankruptcy Court