IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: **Russell C Brown**

Case No.: **18-26798**

Judge: **Barnes**

Chapter: **13**

, Debtor(s)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 28 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **12-6-2018** at **10:30 AM** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge **Barnes** or any other Bankruptcy Judge presiding in his/her place in

✓ Room _____, the courtroom usually occupied by said Judge, in the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604.

_____ Will County Court, Joliet City Hall, 150 W Jefferson Street, 2nd Fl, Joliet, IL 60432.

_____ Lake County, North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073.

_____ Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL 60134.

and then and there present my motion.

## PROOF OF SERVICE
## DECLARATION UNDER PENALTY OF PERJURY

I, **Russell C Brown**, declare, **under penalty of perjury**, that I have PERSONALLY mailed a copy of the foregoing Notice of Motion, and the attached Motion, to each creditor on the attached service list, by first class mail, postage paid, on this **28** day of **November**, 20**18**.

**11-28-18**
Date

Debtor, *Pro se*

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

IN RE: Russell C Brown

Case No.: 18-26798

Judge: BARNES

Chapter: 13

, Debtor(s)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 28 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## MOTION TO VOLUNTARY DISMISS CHAPTER 13 CASE

NOW COMES DEBTOR, Pro Se, Russell C Brown and pursuant to 11 U.S.C. 1307(b), elects to be dismissed from the above-captioned Chapter 13 case, and in support thereof, avers as follows:

1. On 9-24-18 Debtor filed the above captioned case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

**WHEREFORE**, Debtor requests that this Court dismiss Debtor Chapter 13 case and for any other relief deemed equitable and just.

Respectfully submitted,

_____
Debtor, Pro Se